THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC J. FORD, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-11-1079-R |
| | ) |
| EDWARD CARNS, M.D., | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered March 20, 2012 [Doc. No. 30], recommending that the motion to dismiss/motion for summary judgment of Defendant Edward Carns, M.D., be treated as a motion for summary judgment and be granted. Plaintiff has not filed an objection to the Report and Recommendation nor sought or been granted an extension of time in which to file an objection. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 30] is ADOPTED and Defendant Carns' motion to dismiss/motion for summary judgment [Doc. No. 24], treated as a motion for summary judgment, is GRANTED. Plaintiff's motion for a preliminary injunction [Doc. No. 11] is also DENIED.

IT IS SO ORDERED this 16th day of April, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE